FILED
CLERK, U.S. DISTRICT COURT

JUL 2 5 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 2:25-mj - 4639 |
| v. | |
| Jose Cano Ovando, | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| DEFENDANT(S). | |

Upon motion of ____defendant____, IT IS ORDERED that a detention hearing is set for __7/30/2025__, at __10:30__ ☒a.m. / ☐p.m. before the Honorable ____J. Chadjion____, in Courtroom __640 Roybal__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_____
*(Other custodial officer)*

Dated: __7/25/2025__            _____
                                U.S. District Judge/Magistrate Judge

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)                                                            Page 1 of 1